**ANDREW B. FINBERG, ESQ.**
**LAW OFFICE OF ANDREW B. FINBERG, LLC**
Evesham Commons, Suite 200
525 Route 73 South
Marlton, NJ 08053
(856)988-9055
**Attorney for Chapter 7 Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 7** |
| | | |
| **A-One Waste Solutions** | : | **CASE NO.: 22-18808(JNP)** |
| *dba* **A-One Hauling** | | |
| | : | |
| **Debtor(s)** | | |
| | : | |
| | | |
| | : | |
| | | |
| | : | |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS

To:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on January 18, 2023, true and correct copies of the following document(s) were served upon the person(s)/entity(ies) listed and in the manner indicated on the attached service list:

*Subpoena to produce documents, information, or objects or to permit inspection of premises in a Bankruptcy Case (or adversary proceeding)*

Dated:  January 18, 2023                                    Respectfully submitted,

                                                                        /s/ Andrew B. Finberg
                                                                        Andrew B. Finberg, Esquire
                                                                        Attorney for the Debtor

## SERVICE LIST

**Via E-Mail:**

Mark Cherry
Mark Cherry CPA LLC
385 Kings Highway North, Suite 101
Cherry Hill, NJ 08034
E-Mail: mark@markcherrycpa.com