**ANDREW B. FINBERG, ESQ.**
**LAW OFFICE OF ANDREW B. FINBERG, LLC**
Evesham Commons, Suite 200
525 Route 73 South
Marlton, NJ 08053
(856)988-9055
**Attorney for Chapter 7 Trustee**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 7** |
| **A-One Waste Solutions** *dba* **A-One Hauling** | : | **CASE NO.: 22-18808(JNP)** |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| | : | |

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS

To:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on March 16, 2023, true and correct copies of the following document(s) were served upon the person(s)/entity(ies) listed and in the manner indicated on the attached service list:

*Subpoena to produce documents, information, or objects or to permit inspection of premises in a Bankruptcy Case (or adversary proceeding)*

Dated:  March 16, 2023                          Respectfully submitted,


                                                /s/ Andrew B. Finberg
                                                Andrew B. Finberg, Esquire
                                                Attorney for the Debtor

## **SERVICE LIST**

**Via Regular Mail:**

Primepoint HR & Payroll
2 Springside Road
Westampton, NJ 08060