**ANDREW B. FINBERG, ESQ.**
**LAW OFFICE OF ANDREW B. FINBERG, LLC**
Evesham Commons, Suite 200
525 Route 73 South
Marlton, NJ 08053
(856)988-9055
Attorney for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | | |
| **A-One Waste Solutions** | : | CASE NO.: 22-18808(JNP) |
| *dba* **A-One Hauling** | | |
| | : | |
| Debtor(s) | | |
| | : | |
| | | |
| | : | |
| | | |
| | : | |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS

To:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on March 16, 2023, true and correct copies of the following document(s) were served upon the person(s)/entity(ies) listed and in the manner indicated on the attached service list:

*Subpoena to produce documents, information, or objects or to permit inspection of premises in a Bankruptcy Case (or adversary proceeding)*

Dated:   March 16, 2023                             Respectfully submitted,


                                                    /s/ Andrew B. Finberg
                                                    Andrew B. Finberg, Esquire
                                                    Attorney for the Debtor

## SERVICE LIST

**Via Regular Mail:**

Fulton Bank – Legal Process Group
1695 State Street
East Petersburg, PA 17520