**ANDREW B. FINBERG, ESQ.**
**LAW OFFICE OF ANDREW B. FINBERG, LLC**
Evesham Commons, Suite 200
525 Route 73 South
Marlton, NJ 08053
(856)988-9055
**Attorney for Chapter 7 Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 7** |
| | | |
| **A-One Waste Solutions** | **:** | **CASE NO.: 22-18808(JNP)** |
| *dba* **A-One Hauling** | | |
| | **:** | |
| **Debtor(s)** | | |
| | **:** | |
| | | |
| | **:** | |
| | | |
| | **:** | |

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS**

To:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on March 16, 2023, true and correct copies of the following document(s) were served upon the person(s)/entity(ies) listed and in the manner indicated on the attached service list:

*Subpoena to produce documents, information, or objects or to permit inspection of premises in a Bankruptcy Case (or adversary proceeding)*

Dated:   March 16, 2023                                                                Respectfully submitted,


                                                                                        /s/ Andrew B. Finberg
                                                                                        Andrew B. Finberg, Esquire
                                                                                        Attorney for the Debtor

## SERVICE LIST

**Via Regular Mail:**

Capital One, N.A.
Attn: 12070-7000
15000 Capital One Drive
Richmond, VA 23238-1119